FILED JS
DISTRICT COURT CLERK
WESTERN DISTRICT OF KY

18 NOV 15 PM 1:38

# United States District Court

### for the

Western District of Kentucky

Case No. 3:18-CV-761-GNS

(to be filled in by the Clerk's Office)

Jason Adkins

**Plaintiff(s)**

(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
Please write, "see attached" in the space and attach an additional
Page with the full list of names.)

_v_

Luther Luckett Correctional Complex ("See Attached")

**Defendant(s)**

(Write the full name of each defendant who is being sued. If the
Names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names. Do not include addresses here.)

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
### (Prisoner Complaint)

---

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by filing fee or an application to proceed in forma pauperis.

---

## I.    The Parties to This Complaint
### A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name <u>Jason Adkins</u>

All others names by which
You have been known: _____

ID Number  <u># 258638</u>

Current Institution <u>Luther Luckett Correctional Complex</u>

Address <u>1612 Dawkins Road / P.O. Box 6</u>

     *City* <u>La Grange</u>     *State* <u>Kentucky</u>     *Zip Code* <u>40031</u>

### B.    The Defendant(s)

Provide the information below for each defendant named in the complaint, Whether the defendant named is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title (*if known*) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No.1

    Name <u>Scott Jordan Warden</u>

    Job or Title (*if known*) <u>Warden</u>

    Shield Number_____

    Employer <u>Luther Luckett Correctional Complex</u>

    Address <u>1612 Dawkins Road</u>

        *City* <u>LaGrange</u>     *State* <u>Kentucky</u>     *Zip Code* <u>40031</u>

    [ x ]  **Individual Capacity**   And   [ x ]  **Official Capacity**

Defendant No.2

    Name    Luther Luckett Correctional Complex

    Job or Title (*if known*) _____

    Shield Number _____

    Employer _____

    Address   1612 Dawkins Road

        *City*    LaGrange     *State*  Kentucky     *Zip Code* 40031

        [ × ] **Individual Capacity**  **And**   [ × ] **Official Capacity**


Defendant No.3

    Name    Kevin Drake

    Job or Title (*if known*)  Captain

    Shield Number _____

    Employer   Luther Luckett Correctional Complex

    Address    1612 Dawkins Road

        *City*  LaGrange     *State*  Kentucky    *Zip Code* 40031

        [ × ] **Individual Capacity**  **And**  [ × ] **Official Capacity**

Defendant No.4

Name ____ Jermey Smith _____

Job or Title (*if known*) __ Sargent _____

Shield Number _____

Employer ___ Luther Luckett Correctional Complex _____

Address _____ 1612 Dawkins Road _____

   *City* _LaGrange_____   *State*_Kentucky_____   *Zip Code* _40031_____

   [×] **Individual Capacity  And**   [×] **Official Capacity**

**Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (prisoner)**

## II. Basis for Jurisdiction

Under 42 U.S.C. 42 USCS § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and[ federal laws]." Under *Bivens v. Six Unknown named Agents of federal Bureau of Narcotics*, 403 U.S. 388 (1971), you may sue federal officials for the violation of certain constitutional rights.

A.      Are you bringing suit against (check all that apply):

   [ ]  Federal officials (a Bivens claim)

   [×]  State or local officials (a § 1983 claim)

B.      Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

_____

C.      Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, What constitutional right(s) do you claim is/are being violated by federal officials?

_____

D.      Section 1983 allows defendants to be found liable only when they have acted "under color of any statue, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia."42 U.S.C. § 1983. If you are under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

_____

## III. Prisoner Status

Indicated whether you are a prisoner or other confined person as follows (*check all that apply*):

- [ ] Pretrial detainee

- [ ] Civilly committed detainee

- [ ] Immigration detainee

- [x] Convicted and sentenced state prisoner

- [ ] Convicted and sentenced federal prisoner

- [ ] Other (*explain*) _____

## IV. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statues. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.      **If the events giving rise to your claim arose outside an institution, describe where and when they arose.**

_____

B.      **If the events giving rise to your claim arose in an institution, describe where and when they arose.**

while I was being housed in Luther Luckett Correctional Complex 's segregation unit where I am incarcerated I was attacked by an inmate, prison officials moved into my cell.

**C.** **What date and approximate time did the events giving rise to your claim(s) occur?**

This incident occurred on November 24th 2017 at 3:30am .

**D.** **What are the facts underlying your claim(s)? ( for example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)**

While I was in my cell on the night in question, an inmate by the name of Antonio Politi #000116 attacked me in my sleep, no one else saw incident due to the fact that there is no camera's in the cells in the segregation unit.

Pro Se 14 (Rev. 12/16) Complaint for violations of Civil Rights (Prisoner)

## V. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

I sustained multiple facial fractures and lacerations around my left eye and upper left lip. As a result of this violent attack I also suffered a fractured eye socket, and a broken nose. **(See full attached medical report )**

## VI. Relief

State briefly, what you want the court to do for you. Make no legal arguments. Do not cite any cases or statues. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

I am respectfully requesting this Honorable Court to order the Luther Luckett Correctional to pay in the sum of **$ 2, 500,000** for the misconduct of their officers which led to me being **brutally attacked**. This request is being made due to all of the physical, mental, and emotional anguish which has also led to me having nightmares. I am also requesting this Honorable Court to order the Luther Luckett Correctional Complex's medical department to set an appointment with the Kentucky Lions Eye Clinic per the recommendations of the University of Louisville Hospital's medical report for an eye exam in which to determine the best alternative to correct the vision in my left eye, this due to the fact that I see double at a far distance.

## VII. Exhaustion of Administrative Remedies Administrative Procedures

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

A.    Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☒ Yes

☐ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

Luther Luckett Correctional Complex

B.    Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☒ Yes

☐ No

☐ Do not know

C.    Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☒ Yes

☐ No

☐ Do not know

If yes, which claim(s)?

D.    Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☒ Yes

☒ No

If no, did you file a grievance about the events describe in this complaint at any other jail, prison, or other correctional facility?

☐ Yes

☐ No

E.    **If you did file a grievance:**

1.  **Where did you file the grievance? Luther Luckett Correctional Complex**

Pro Se 14 (Rev. 12/16) Complaint for violations of Civil Rights (Prisoner)

**2. What did you claim in your grievance?**

I claimed in my grievance that on November 11th 2017, I was placed in the Restrictive Housing Unit (RHU) with another inmate unrelated to the incident I am claiming, and that on November 22nd 2017 correctional staff moved an inmate named Antonio Politi # 000116 in my cell. On November 23rd 2017 While Mr. Politi was in the shower I handed a hand written note to correctional officer Trevor Mccullough to give to the shift supervisor to inform him that I wanted to be moved because I did not felt unsafe in the cell with Mr. Politi. I also verbally told correctional officer Brian Owens to put me on suicide watch if they had to get me moved. I then told correctional officer Stone to please move me. C.O. Stone and C.O. Owens said they would talk to the Sargent, but they never came back. At approx. 3:30am on November 24th 2017, I woke up bleeding from my face and ear; I then hit the door yelling for help. Further, I raised in my grievance that I wanted all of this documented and that I wanted a reasonable explanation as to why I failed to be protected when I told the C.O.'s I was scared and wanted to go on suicide watch.

**3. What was the result, if any?** In the informal resolution stage of the grievance Capt. Drake stated he spoke with all staff and at which time was it verbalized that inmate Adkins was in fear. The informal resolution further states that a note was passed and only stated "this guy is creepy," and that all staff responded ethically and professionally.

**4. What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. (*Describe all efforts to appeal to the highest level of the grievance process.*)** There is a two (2) step process in Appealing grievances. The first step is to Appeal to the warden, and step two is to the commissioner, these steps have exhausted all of my administrative remedies, (see all attached responses).

F.  **If you did not file a grievance:**

1. If there are any reasons why you did not file a grievance, state them here:

2. If you did not file a grievance but you did inform officials of you claim, state who you informed, when and how, and their response, if any:

G. Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.   (see attached)

(*Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.*)

Pro Se 14 (Rev. 12/16) Complaint for violations of Civil Rights (Prisoner)

VIII. Previous Lawsuits

The " three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 191(g)

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐ Yes

☒ No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☐ Yes

☒ No

B. If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. (*If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.*)

1. **Parties to the previous lawsuit**

   Plaintiff(s) _____

   Defendant(s) _____

<u>Pro Se 14 (Rev. 12/16) Complaint for violations of Civil Rights (Prisoner)</u>

2. Court (*if federal court, name the district; if state court, name the county and State*)

   _____

3. Docket or index number

   _____

4. Name of Judge assigned to your case

   _____

5. Approximate date of filing lawsuit

   _____

6. Is the case still pending?

   ☐ Yes

   ☐ No

   If no, give the approximate date of disposition. _____

7. What was the result of the case? (*For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?*)

   _____

C. Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?

   ☐ Yes

   ☒ No

D.    If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. (*If there is more than lawsuit, describe the additional lawsuits on another page, using the same format.*

1.    Parties to the previous lawsuit

      Plaintiff(s) _____

      Defendant(s) _____

**Pro Se 14 (Rev. 12/16) Complaint for violations of Civil Rights (Prisoner)**

2.    Court (*if federal court, name the district; if state court, name the county and State*)

      _____

3.    Docket or index number

      _____

4.    Name of Judge assigned to your case

      _____

5.    Approximate date of filing lawsuit

      _____

6.    Is the case still pending?

   ☐ Yes

   ☐ No

      If no, give the approximate date of disposition. _____

7.    What was the result of the case? (*For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?*)

      _____

## IX. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and(4) the complaint otherwise complies with the requirements of Rule 11.

**Pro Se 14 (Rev. 12/16) Complaint for violations of Civil Rights (Prisoner)**

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's office may result in the dismissal of my case.

Date of signing: 11-8-18

Signature of Plaintiff *Jason Adkins*

Printed Name of Plaintiff <u>Jason Adkins</u>

Prison Identification # <u>256838</u>

Prison Address <u>Luther Luckett Correctional Complex 1612 Dawkins Road / P.O. Box 6</u>

| <u>La Grange</u> | <u>Kentucky</u> | <u>40031</u> |
|---|---|---|
| City | State | Zip Code |

### B. For Attorneys

Date if signing _____

Signature of Attorney _____

Printed Name of Attorney _____

Bar Number _____

Name of Law Firm _____

Address _____

| _____ | _____ | _____ |
|---|---|---|
| City | State | Zip code |

Telephone Number _____

E-mail Address _____

Defendant No.1

Name ___ Scott Jordan Warden _____

Job or Title (*if known*) __Warden _____

Shield Number_____

Employer _____ Luther Luckett Correctional Complex _____

Address __1612 Dawkins Road _____

    *City* LaGrange _____ *State* Kentucky _____ *Zip Code* 40031 _____

    [ × ] **Individual Capacity** **And** [ × ] **Official Capacity**

Defendant No.2

Name ____ Luther Luckett Correctional Complex _____

Job or Title (*if known*) _____

Shield Number _____

Employer _____

Address __1612 Dawkins Road _____

    *City* _____LaGrange _____ *State* Kentucky _____ *Zip Code* 40031 _____

    [ × ] **Individual Capacity** **And** [ × ] **Official Capacity**

Defendant No.3

Name ____ Kevin Drake _____

Job or Title (*if known*) __Captain _____

Shield Number _____

Employer __Luther Luckett Correctional Complex _____

Address ____1612 Dawkins Road _____

    *City* __LaGrange _____ *State* Kentucky _____ *Zip Code* 40031 _____

    [ × ] **Individual Capacity** **And** [ × ] **Official Capacity**

Defendant No.4

   Name ____Jermey Smith_____

   Job or Title (*if known*) __Sargent_____

   Shield Number _____

   Employer ___Luther Luckett Correctional Complex_____

   Address ____1612 Dawkins Road_____

      *City* _LaGrange_____ *State*__Kentucky_____ *Zip* Code _40031_____

      [×]  **Individual Capacity  And**      [×]  **Official Capacity**

Jason Adkins #256838
Luther Luckett Corr. Complex
1612 Dawkins Road/P.O. Box 6
LaGrange, Kentucky 40031

FILED JS
U.S. DISTRICT COURT CLERK
WESTERN DISTRICT OF KY

18 NOV 15 PM 1: 38

**LEGAL MAIL**



neopost
11/09/2018
US POSTAGE

3:18-CV-761-GNS

Vanessa L. Armstrong Court Clerk
Gene Snyder U.S. Courthouse
601 W. Broadway Room 106
Louisville, Kentucky 40202

**LEGAL MAIL**